| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **TAG Holdings, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-1074457** |
| **4.** | **Debtor's address** | **Principal place of business** <br> c/o Steven H. Elizer, Registered Agent <br> 5836 Lincoln Avenue, Suite 200 <br> Morton Grove, IL 60053 <br> Number, Street, City, State & ZIP Code <br><br> **Cook** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **27090 Volo Village Road Volo, IL 60073** <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **TAG Holdings, LLC** _____   Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Chicago Meat & Sausage Company**   Relationship **affiliate**
District **Northern District of Illinois**   When _____   Case number, if known _____

Debtor **TAG Holdings, LLC** _____  Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

   **Where is the property?** _____
                       Number, Street, City, State & ZIP Code

   **Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **TAG Holdings, LLC**                                                           Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 24, 2017**
              MM / DD / YYYY

X **/s/ Yuriy Konderevych**                                    **Yuriy Konderevych**
Signature of authorized representative of debtor               Printed name

Title  **Authorized Agent**

**18. Signature of attorney**

X **/s/ Charles S. Stahl, Jr.**                                Date **August 24, 2017**
Signature of attorney for debtor                               MM / DD / YYYY

**Charles S. Stahl, Jr.**
Printed name

**Swanson Martin & Bell LLP**
Firm name

**2525 Cabot Drive**
**Suite 204**
**Lisle, IL 60532**
Number, Street, City, State & ZIP Code

Contact phone  **630-799-6900**      Email address  **cstahl@smbtrials.com**

**2699915**
Bar number and State

Bank of America  
100 North Tryon Street  
Charlotte, NC 28255

Bluebell Group  
600 Central Avenue, #290  
Highland Park, IL 60035

Chicago Meat & Sausage Company  
c/o Steven H. Elizer  
5836 Lincoln Avenue, Suite 200  
Morton Grove, IL 60053

Donald C. Stinespring & Associates  
5414 Hill Road, P.o. Box 382  
Richmond, IL 60071

Emelia M. Koenemann  
c/o James P. Kelly  
101 N. Virginia Street, Suite 150  
Crystal Lake, IL 60014

Illinois Department of Revenue  
Bankruptcy Section, Level 7-425  
100 W. Randolph Street  
Chicago, IL 60606

Internal Revenue Service  
District Director  
P.O. Box 745  
Chicago, IL 60690

James C. Hartman  
Magee Hartman, P.C.  
One North County Street  
Waukegan, IL 60085

James P. Kelly  
Matuszewich & Kelly, LLP  
101 North Virginia St., Ste. 150  
Crystal Lake, IL 60014

Lake County Treasurer  
18 North County Street, Room 102  
Waukegan, IL 60085

```
Lakes Region Sanitary District
25700 West Old Grand Avenue
Ingleside, IL 60041-8524


Wilhelm W. Koenemann
c/o James P. Kelly
101 N. Virginia Street, Suite 150
Crystal Lake, IL 60014


William F. Koenemann
1043 Adagio Drive
Volo, IL 60073
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **TAG Holdings, LLC**    Case No.
Debtor(s)    Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **TAG Holdings, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**TAG Living Trust**
**c/o Yuriy Konderevych**
**5836 Lincoln Avenue, Suite 200**
**Morton Grove, IL 60053**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 24, 2017** | **/s/ Charles S. Stahl, Jr.** |
| Date | **Charles S. Stahl, Jr. 2699915** |
| | Signature of Attorney or Litigant |
| | Counsel for   **TAG Holdings, LLC** |
| | **Swanson Martin & Bell LLP** |
| | **2525 Cabot Drive** |
| | **Suite 204** |
| | **Lisle, IL 60532** |
| | **630-799-6900 Fax:630-799-6901** |
| | **cstahl@smbtrials.com** |